FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2018 FEB 20  PM 4:05

CLERK US DISTRICT COURT
WESTERN DIST. OF TEXAS
BY_____
        DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. |
| Plaintiff, ) | |
| ) | INDICTMENT  A18 CR 0057 LY |
| v. ) | |
| ) | [21 USC 846 and 841- |
| ) | Conspiracy, PWID cocaine base] |
| Jonathan KAVANAUGH, ) | |
| And ) | |
| Dahja JOHNSON, ) | |
| Defendants. ) | |

USAO # 2018R01730

THE GRAND JURY CHARGES:

### Count One
### [21 U.S.C. § 846]

Beginning as early as January, 2018 and continuing until on or about February 1, 2018 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

Jonathan KAVANAUGH,
and
Dahja JOHNSON,

knowingly, intentionally and unlawfully combined, conspired, confederated, and agreed with each other and others known and unknown, to possess with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and in violation of Title 21, United States Code, Section 846.

<u>Count Two</u>
[21 U.S.C. § 841]

On or about February 1, 2018, at Austin, Texas, in the Western District of Texas, the Defendant,

Jonathan KAVANAUGH,
and
Dahja JOHNSON,

knowingly, intentionally and unlawfully possessed with intent to distribute a controlled substance, which offense involved a mixture or substance that contained a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), and cocaine base, all Schedule II Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON

JOHN F. BASH
UNITED STATES ATTORNEY

By: /s/ Mark H. Marshall
MARK H. MARSHALL
Assistant U.S. Attorney